# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MARQUEZ-ORTIZ,<br><br>Defendant. | Case No. 18CR3721-W<br><br>**ORDER and JUDGMENT TO DISMISS INFORMATION** |

Having considered the United States' Motion to Dismiss the Information in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), this Court hereby grants the United States leave of court to dismiss the information in this case. Accordingly, the complaint is hereby dismissed, without prejudice, pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: November 16, 2018

_____
HONORBABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE